UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RIVERA, ) | Case No. CV 07-3735 PA(JC) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| LARRY E. SCRIBNER, Warden, ) | |
| Respondent. ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 23, 2010

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE